**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin W. Shilts,   )<br>            Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>Carolyn W. Colvin, Acting Commissioner )<br>of Social Security Administration,   )<br>   )<br>            Defendant.   )<br>_____) | No. CV-08-01440-PHX-FJM<br><br>**ORDER** |

The court has before it plaintiff's counsel's motion for award of attorney's fees under 42 U.S.C. § 406(b) in the amount of $6,975.25 (doc. 34). Defendant did not respond to the motion and the time for doing so has expired.[1]

Therefore, having received no objection, and concluding that the fee request is reasonable,

**IT IS ORDERED GRANTING** plaintiff's counsel's motion for an award of attorney's fees in the amount of $6,975.25.

DATED this 7th day of June, 2013.

*Frederick J. Martone*
Frederick J. Martone
Senior United States District Judge

---

[1] Although the Commissioner of Social Security "has no direct financial stake" in a fee request under 42 U.S.C. § 406(b), "she plays a part in the fee determination resembling that of a trustee for the claimants." Gisbrecht v. Barnhart, 535 U.S. 789, 798 n.6 (2002).